AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **District of Columbia**

Sharif Shafi'

v.

Ronnie McFadden

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01268

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/23/2005

TO: (Name and address of Defendant)

Ronnie McFadden
5103 Hagan Rd
Temple Hill Md 20748

**RECEIVED**
JUN 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRO SE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~~~~~~ (name and address)

Sharif Shafi'
526 Brummel Ct N.W.
Washington DC 20012

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    JUN 23 2005
CLERK                         DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/28/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Christopher Leach | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2700 MLK Jr SE, Wash DC 20032.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ronnie McFadden

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/28/05                Christopher Leach
              Date                  Signature of Server

4018 First St SW Wash DC 20032
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.