UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**SHAFI ALI SHAFI**,                   )
                                   )
    Plaintiff,                     )
                                   )
  v.                               )  Civil Action No. 05-1268 (RWR)
                                   )
**RONNIE MCFADDEN**,                   )
                                   )
    Defendant.                     )
_____)

## ORDER TO SHOW CAUSE

    Defendant filed an answer on July 15, 2005.  Thereafter, the Court issued an order setting an initial scheduling conference for January 3, 2006 at 10:30 a.m. and mailed a copy of the order to the defendant. The order also required the parties to confer and file a joint Rule 16.3 statement.  The order was not returned to the Court as undeliverable.  Parties are required to comply with Court orders and are responsible for checking the Court docket sheet for developments in the case.

    On January 3, 2006, plaintiff appeared in Court for the initial scheduling conference, but defendant did not appear.  Nor was a joint Rule 16.3 report filed.  Accordingly, it is hereby

    ORDERED that the defendant show cause in writing by January 20, 2006 why sanctions should not be imposed upon him for his failure to appear and why any motion for default judgment against

- 2 -

the defendant filed by plaintiff should not be granted.


1-9-06                                /s/
DATE                          RICHARD W. ROBERTS
                              United States District Judge