*Leave to file GRANTED.*
*MMRoberts, V.S.D.J.*
*1-31-06*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sharif Ali Shafi'
   Plaintiff

                               Civil Action#05-1268 (RWR)

V

Ronnie McFadden
   Defendant

## "Motion of Default"

The Defendant was ordered to appear in Court on 1/3/06 at 10:30 A.M. for order of initial scheduling conference. Defendant failed to appear, I'm asking the court to enter a judgment against Defendant, Ronnie McFadden. He has willfully failed to plead or otherwise defend as provided by these rules and that is made to appear by affidavit or otherwise. I'm asking the court for the full amounts that were filed in my complaint against the defendant who has defaulted by way of failure to appear.

1.) Wherefore for the foregoing reason's

   a) The Defendant failure to appear judgment by default

   b) Defendant has willfully avoided several certified mailings concerning the action.

   c) Defendant answer this Plaintiff complaint on July 28, 2005 at U.S. District Court

   d) Defendant was mailed the orders for initial scheduling conference by the court on 11/15/05.

*Sharif Shafi -*
*526 Brummel Ct NW*
*Wash D.C. 20012*
*202-487-7778*

RECEIVED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT