**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                )
SHARIF ALI SHAFI,               )
                                )
         Plaintiff,             )
                                )
     v.                         )   Civil Action No. 05-1268 (RWR)
                                )
RONNIE MCFADDEN,                )
                                )
         Defendant.             )
_____ )
```

**ORDER**

Plaintiff has filed a motion for default judgment. Because plaintiff's motion could potentially dispose of this case, the Court will advise the *pro se* defendant of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Neal v. Kelly, 963 F.2d 453, 456 (D.C. Cir. 1992).

Defendant's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the defendant is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

- 2 -

> Whenever a party has the right to do some act
> or take some proceedings within a prescribed
> period after the service of a notice or other
> paper upon the party and the notice or paper
> is served upon the party by mail, 3 days
> shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the plaintiff's motion in this case carries with it the risk that the Court will enter a default judgment against the defendant. Accordingly, it is hereby

ORDERED that defendant shall file his response to plaintiff's motion for default [Docket # 13] no later than March 9, 2006. If plaintiff does not respond by that date, the Court will treat the motion as conceded and dismiss the case.

SIGNED this 7th day of February, 2006.

```
_____/s/_____
RICHARD W. ROBERTS
United States District Judge
```