UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA
CIVIL DIVISION

Sharif Shafi,  )
    Plaintiff  )
  )
  )
v.  )  Civil Action No. 05-1268 (RWR)
  )
  )
Ronnie McFadden  )
    Defendant  )

## MOTION FOR DISMISSAL OF COMPLAINT

DISTRICT OF COLUMBIA, ss:

In June of 2005, the Plaintiff, Sharif Shafi, aka Willie Earl Smith initiated a self-indulgent, superficial and frivolous action against the Defendant[s] for damages for Negligence of Defamation of Character, Mental and Emotional Distress, Pain and Suffering. In this complaint the Plaintiff claims Washington, D.C. as his domicile when in fact; the Plaintiff currently resides in Maryland. The Plaintiff was arrested on February 15, 2005 on an assault charge and gave a Maryland address to the Superior Court of the District of Columbia [see attachment]. The Plaintiff was convicted and sentenced to jail time and placed on probation on November 29, 2005. The DC Parole and Probation Board verified his address as 6207 64th Avenue in Riverdale, Maryland. Attached is a copy of the print out in the disposition of the Plaintiff's criminal case which shows the Plaintiff's current and previous address as being that of a Maryland resident. The Defendant[s] listed in this action are also Maryland resident[s]. The Defendant[s] is requesting dismissal of this complaint based on lack of jurisdiction diversity. No where in the complaint are there facts pled which would support diversity jurisdiction. The attached documentation will also show that the Plaintiff's name was Willie Earl Smith prior to his name change to Sharif Ali Shafi in November 2002.

RECEIVED

FEB 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1


*Ronnie McFadden* (signature)

Ronnie McFadden
Defendant

## CERTIFICATE OF SERVICE

A COPY OF THIS MOTION WAS MAILED TO THE PLAINTIFF WHO FILED THIS MATTER PRO SE BY USPS ON THIS 21st DAY OF FEBRUARY 2006.

*Ronnie McFadden* (signature)

# Superior Court of the District of Columbia
## CIVIL DIVISION

### ORDER FOR CHANGE OF NAME

IN RE: Willie Earl Smith

C.A. No. 02-0009617

FILED
CIVIL ACTIONS BRANCH
MAY 20 2003
Superior Court
of the District of Columbia
Washington, D.C.

COMPLETE NAME OF APPLICANT: Willie Earl Smith

Upon consideration of the application for the change of name filed herein and no objections having been made and proof of publication having been made and filed herein, and all other requirements appear having been met, it is this 20th day of May, 2003,

ORDERED BY THE COURT that the said application be and hereby is ☒ granted, ☐ denied and it is further,

ORDERED BY THE COURT that henceforth and hereafter Willie Earl Smith be known as Sharif Ali Shafi

_____
JUDGE

DOCKETED MAY 21 2003

FORM CV(6)-1012/Jul 78                                          60—P1393



```
Release Status                          Bond Amt              Case Judge CLARK, JEANETTE J
Arrest Agency                           Badge #               Officer
─Defendant (Criminal)─────────────────────────────
 Full Name  SMITH, WILLIE E
 D.O.B.     11/19/1960   S.S.N.                    ┌─ Alias Name(s) ────────── 0 of 0 ─┐
 PDID       397384       DCDC#                     │                                   │
 DLN                     DL St                     └───────────────────────── 1 of 2 ─┘
 Gender     Male         Race    *Black             Address Type  Home Address
                                                    Address       6207 64TH AVE
                              ─ 1 of 1 ─
 Attorney(s) FAHEY, Mr A K
 Code        CJA                                    City/ST/Zip   RIVERDALE      MD
                                                    Address Type  Home Address
                                                    Address       11412 LAUREL WALK RD

                                                    City/ST/Zip   LAUREL         MD
                                                                          ─ 1 of 2 ─
 Charge1   U003            Type:Pro                              ┌──────── 0 of 0 ─┐
 CCN       0020336 Arrest#070500634Arrest Dt02/16/2005 Enhancement(s)
 Description SIMPLE ASSAULT

 Charge2   U300            Type:Pro                              ┌──────── 0 of 0 ─┐
 CCN       0020336 Arrest#070500634Arrest Dt02/16/2005 Enhancement(s)
 Description CONTEMPT

                                                                          ─ 0 of 0 ─
 Next Event              Date/Time
 Event Judge                                        Linked Group(s)
 Case Disp   Court Trial  Disp Date 11/29/2005
             Guilty

 Prosecutors ──────────────────────── 0 of 0 ──    Case Attributes
 Agency             Full Name                       Case Number  2005 CMD 001521
                                                    Filed        02/17/2005
 Case Comments                                      Status       Closed
                                                    Secret Case F    Incomplete F
```