United States District Court
For the District of Columbia

Sharif Ali Shafi'  
    Plaintiff

Civil Action:#CV-05-1268 RWR

v

Ronnie McFadden  
    Defendant

## Plaintiff's Motion for Extension of Time to Comply with Order of 2/23/06

I'm asking the court for an extension of time to consult legal advice concerning new information about the case. I'm asking the court for an extension of twenty-five (25) days to complete the process.

Sharif Shafi'  
526 Brummel Ct. NW  
Washington, DC 20012  
202-487-7778

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 MAR 27 PM 9:20
NANCY MAYER-WHITTINGTON
CLERK