UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHARIF ALI SHAFI,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1268 (RWR) |
| **RONNIE MCFADDEN,** | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion for dismissal of complaint [13] is GRANTED.

This case is DISMISSED.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge

DATE: 6/20/06